Certificate Number: 16339-GAN-DE-038827016

Bankruptcy Case Number: 24-59184



16339-GAN-DE-038827016

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 2, 2024</u>, at <u>10:06</u> o'clock <u>PM EDT</u>, <u>Jacquel Tinsley</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Georgia</u>.

Date:  <u>September 2, 2024</u>          By:   <u>/s/Kelley Tipton</u>

                                        Name:  <u>Kelley Tipton</u>

                                        Title:  <u>Certified Financial Counselor</u>